| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hoffman, Melvin S. | 2. Court or Organization Bankruptcy Court - Massachusetts | 3. Date of Report 04/23/2015 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge - full time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
|---|---|---|

**7. Chambers or Office Address**

U.S. Bankruptcy Court
Donohue Federal Building and Courthouse
595 Main Street
Worcester, MA 01608

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Tufts Universtiy salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 04/6-8/2014 | Kansas City, MO | Judges' conference. Education. | Transportation, meals, lodging |
| 2. | National Association of Attorneys General | 09/17/2014 | Providence, RI | Educational Panel Participant | Transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank (see Part VII line 67) | Mortgage Brewster, Mass rental property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Brookline Bancorp stock | B | Dividend | J | T | | | | | |
| 3. UBS Retirement Account- self directed IRA | D | Int./Div. | N | T | | | | | |
| 4. --money market account at UBS | | | | | | | | | |
| 5. --Fidelity Advisor New Insights Cl A | | | | | | | | | |
| 6. --Pimco All Asset Fund | | | | | | | | | |
| 7. --Neuberger Berman Equity Inc Cl A | | | | | | | | | |
| 8. --JP Morgan Mid Cap Value Fund Class A | | | | | | | | | |
| 9. --Kealy Small Cap Value Fund Class A | | | | | | | | | |
| 10. --Gateway Fund Class A | | | | | | | | | |
| 11. --First Eagle Global Fund Class A | | | | | | | | | |
| 12. --Apple | | | | | | | | | |
| 13. --Johnson & Johnson | | | | | | | | | |
| 14. --Merck | | | | | | | | | |
| 15. --Staples Inc. | | | | | | | | | |
| 16. --Time Warner Cable | | | | | | | | | |
| 17. --iShares Msci Emerging Markets Index Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --iShares DJ Select Div Index Fund | | | | | | | | | |
| 19. --Henderson Global Investors Int'l | | | | | | | | | |
| 20. --FT Templeton Global Bond A | | | | | | | | | |
| 21. --Loomis Sayles Strategic Inc A | | | | | | | | | |
| 22. --Lord Abbet Floating Rate A | | | | | | | | | |
| 23. --Pimco All Asset All Auth - A | | | | | | | | | |
| 24. American Century IRA | B | Int./Div. | K | T | | | | | |
| 25. --Amercian Century Balanced Fund | | | | | | | | | |
| 26. --American Century Strategic Alloc Fund | | | | | | | | | |
| 27. --American Century Utilities | | | | | | | | | |
| 28. Merril Lynch IRA | A | Int./Div. | K | T | | | | | |
| 29. --American Inv. Co. of America Class A (See Part VIII) | | | | | | | | | |
| 30. --American New Perspectives | | | | | | | | | |
| 31. --American Bond Fund of America Class A (See Part VIII) | | | | | | | | | |
| 32. Fidelity Select Consumer Staples A | A | Int./Div. | K | T | | | | | |
| 33. State of Israel Bond | A | Int./Div. | J | T | | | | | |
| 34. Wells Fargo Mutual Funds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Wells Fargo Money Market Fund (Part VIII) | A | Interest | J | T | Buy (add'l) | 12/28/14 | N | | |
| 36. --Invesco Global Real Estate Y | A | Int./Div. | J | T | Buy | 09/22/14 | J | | |
| 37. --Artisan Partners Small Cap Fund | A | Int./Div. | | | Sold | 09/22/14 | J | | |
| 38. --Blair William Int'l Growth Fund | A | Int./Div. | J | T | | | | | |
| 39. --Dodge & Cox Int'l Stock Fund | A | Int./Div. | J | T | | | | | |
| 40. --Dreyfus Appreciation Fund | A | Int./Div. | K | T | | | | | |
| 41. --Fidelity Advisor II Leveraged Stk | A | Int./Div. | | | Sold | 09/22/14 | J | | |
| 42. --Goldman Sachs Fin'l Square Treasury Fund | A | Int./Div. | J | T | | | | | |
| 43. --John Hancock Global Absolute Return Fund | A | Int./Div. | J | T | | | | | |
| 44. --Highland Long/Short Equity Fund | A | Int./Div. | J | T | | | | | |
| 45. --Hotchkis & Wiley Diversified Value Fund | A | Int./Div. | K | T | | | | | |
| 46. --John Hancock Currency Strategies Fund | A | Dividend | J | T | | | | | |
| 47. --Lazard Emerging Mkts Port Inst'l Fund | A | Int./Div. | J | T | | | | | |
| 48. --Legg Mason Clearbridge Aggressive Growth Fund | A | Int./Div. | J | T | | | | | |
| 49. --Mainstay Marketfield Fund | A | Int./Div. | J | T | | | | | |
| 50. --Nationwide New Geneva Midcap Growth Fund | A | Int./Div. | | | Sold | 09/22/14 | J | | |
| 51. --Neuberger Berman Alternative Long Shot Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Blackrock Emerging Mkt Long/Short Equity Fund | A | Int./Div. | J | T | | | | | |
| 53. --Wells Fargo Emerging Growth Fund | A | Int./Div. | J | T | | | | | |
| 54. --Heartland Group Value Plus | A | Int./Div. | J | T | Buy | 09/22/14 | J | | |
| 55. --Oppenheimer Dev. Mkts Fund | A | Int./Div. | J | T | | | | | |
| 56. --Pimco Pac Invst Commodity Real Return Strat Fund | A | Int./Div. | J | T | | | | | |
| 57. --RS Invt Trust Value Fund | A | Int./Div. | J | T | | | | | |
| 58. --T Rowe Price Mid-Cap Growth | A | Int./Div. | K | T | Buy | 09/22/14 | K | | |
| 59. --Thornburg Int'l Value Fund | A | Int./Div. | | | Sold | 09/22/14 | J | | |
| 60. --Natixis ASG Managed Futures Strategy Fund | A | Int./Div. | J | T | | | | | |
| 61. Franklin Templeton Funds | A | Int./Div. | K | T | | | | | |
| 62. --Franklin Templeton Growth Fund Class A | A | Int./Div. | | | Sold | 02/24/14 | J | A | |
| 63. --Franklin Templeton Global Growth Fund Class A | A | Int./Div. | | | Sold | 02/24/14 | J | A | |
| 64. --Franklin Templeton Foreign Fund Class A | A | Int./Div. | | | Sold | 02/24/14 | J | A | |
| 65. Transatlantic Cambridgepark LLC ($100,000 2004) (Part VIII) | A | Distribution | | | Sold | 12/22/14 | N | G | |
| 66. MONY whole life insurance | B | Int./Div. | J | T | | | | | |
| 67. Rental property Brewster MA ($335,000 2002) | E | Rent | N | R | | | | | |
| 68. Rental property Brookline MA ($370,000 tax asses. 2013) | E | Rent | N | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley IRA Rollover (See Part VIII) | E | Int./Div. | O | T | | | | | |
| 70. --Morgan Stanley Money Market Acct. | | | | | | | | | |
| 71. --Gugenheim S&P 500 Equ Weight | | | | | Buy | 08/13/14 | K | | |
| 72. --SPDR S&P Dividend | | | | | Buy (add'l) | 12/10/14 | J | | |
| 73. --Vanguard Mid-Cap ETF Index | | | | | Buy (add'l) | 11/10/14 | K | | |
| 74. --Vanguard S&P 500 Growth ETF | | | | | | | | | |
| 75. --Doubleline Core Fixed Income I | | | | | Buy | 01/24/14 | K | | |
| 76. --American Europacific Gowth F | | | | | | | | | |
| 77. --American Growth Fund of American Fi | | | | | | | | | |
| 78. --American Washington Mutual F | | | | | Buy (add'l) | 12/10/14 | J | | |
| 79. --Columbia Acorn A | | | | | Sold | 11/10/14 | K | | |
| 80. --First Eagle Global I | | | | | | | | | |
| 81. --Iva Worldwide I (see Part VIII) | | | | | | | | | |
| 82. --Ivy Asset Stragegy I | | | | | | | | | |
| 83. --Merger Fund | | | | | Buy (add'l) | 01/24/14 | K | | |
| 84. --Neuberger Berman Genesis TR | | | | | | | | | |
| 85. --Pimco All Asset All Auth P | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Pimco Invest Grd Corp Bd P | | | | | Sold | 01/24/14 | J | | |
| 87. --Pimco Unconstrained Bond P | | | | | Sold | 11/11/14 | K | | |
| 88. --Pimco Total Return | | | | | Buy | 01/24/14 | K | | |
| 89. --Pimco Income P | | | | | Buy | 01/24/14 | K | | |
| 90. --Pioneer High Yield Y | | | | | | | | | |
| 91. --Templeton Global Bd Fd ADV | | | | | Sold | 01/24/14 | K | | |
| 92. --Loomis Sayles Bond Inst. Fund | | | | | Buy (add'l) | 01/24/14 | J | | |
| 93. --Loomis Sayles Strategic Alpha | | | | | Sold | 01/22/14 | J | | |
| 94. --Permanent Portfolio Inc | | | | | Buy (add'l) | 01/24/14 | J | | |
| 95. --Pioneer Dynamic Credit | | | | | Buy (add'l) | 11/10/14 | K | | |
| 96. --Pioneer Multi Asset Real Return | | | | | Sold (part) | 08/13/14 | K | | |
| 97. --Mainstay Unconstrained Bond I | | | | | Buy | 11/10/14 | K | | |
| 98. --Pioneer Strategic Income Y | | | | | Buy | 01/24/14 | K | | |
| 99. Bank of America IRA CD | A | Interest | K | T | | | | | |
| 100. TIAA-CREF Retirement Plan | A | Int./Div. | M | T | | | | | |
| 101. --TIAA-CREF Trad'l Fund | A | Int./Div. | L | T | | | | | |
| 102. --CREF Stock Fund | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Real Estate Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 04/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Line 35. Proceeds from liquidation of LLC (see line 65) deposited into money market account on 12/28/14.

Line 65. Passive minority membership interest in limited liability company which owns real estate. LLC liquidated and proceeds received on 12/22/14.

Line 81. Converted from IVA Worldwide A to IVA Worldwide I on 5/14/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Melvin S. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544